Andre RHODES, Plaintiff—Appellant,

v.

ELECTRONIC DATA SYSTEMS CORPORATION, Defendant— Appellee.

No. 07–16425.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 11, 2008 *.

Filed Feb. 15, 2008.

Andre Rhodes, Sacramento, CA, pro se.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Baker & Hostetler LLP, Los Angeles, CA, Stephen C. Sutton, Esq., Jenkens & Gilchrist, Cleveland, OH, for Defendant– Appellee.

Before: WALLACE, LEAVY and RYMER, Circuit Judges.

MEMORANDUM **

A review of the record and the responses to the order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

All pending motions are denied as moot.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.